**STATEMENT OF FACTS**

Case: 1:23-mj-00225
Assigned To : Harvey, G. Michael
Assign. Date : 8/23/2023
Description: Complaint W/ Arrest Warrant

Your affiant, ███████████, is a Special Agent of the Federal Bureau of Investigation ("FBI"). I am primarily assigned to investigate matters related to domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

### Background: Events at the U.S. Capitol on January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Raymond Earl Chambers II

On August 23, 2022, Weston Sobotka ("Sobotka") was arrested for unlawfully entering the U.S. Capitol building on January 6, 2021.[1] During an interview with FBI agents upon his arrest, Sobotka said that he was at the U.S. Capitol on January 6, 2021, with a friend named "Ray." Sobotka refused to reveal his friend's last name.

Pursuant to a lawful search warrant, the FBI searched for "Ray" in Sobotka's contacts. That search revealed information for a "Ray-personal Chambers." Contact information for "Ray-personal Chambers" included a phone number with area code 703 ending in 1075 (the "1075 number") and a phone number with area code 202 ending in 9451 (the "9451 number"), as well as an Ashburn, Virginia address.

Through a database search, law enforcement confirmed that the 1075 number and the Ashburn address are associated with Raymond Earl Chambers II ("CHAMBERS"). In addition, on January 6, 2021, in and around the time of the incident, the cellphone associated with the 9451 number was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol building. according to records obtained.[2]

The FBI obtained CHAMBERS's Virginia Department of Motor Vehicles ("DMV") driver's license photograph. The FBI then reviewed numerous videos from January 6, 2021, including closed circuit television (CCTV) from the U.S. Capitol, open-source videos, and videos from Sobotka's phone. An individual bearing a strong resemblance to CHAMBERS is seen in all the videos. Specifically in open-source videos outside of the U.S. Capitol, CHAMBERS is seen walking alongside Sobotka. Throughout all the videos CHAMBERS is consistently observed wearing a red and black hooded sweatshirt or jacket, a tan vest, a black backpack, a camouflage neck gaiter, sunglasses, brown boots, and black gloves with yellow writing.

---

[1] On August 17, 2022, the United States charged Sobotka by criminal complaint with offenses related to his conduct on January 6, 2021. *See United States v. Sobotka*, 22-CR-388 (CJN), ECF No. 1.

[2] The 1075 number was not identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol Building.

Further review of the contents of Sobotka's phone revealed various photos and videos of CHAMBERS in the vicinity of the Capitol building on January 6, 2021. For example, CHAMBERS is captured in a photo on the outside of the U.S. Capitol Eastern Rotunda doors, which according to the metadata associated with the photo, was taken at 2:38 p.m. That photo is depicted below on the left. A zoomed in capture of the same photo is below on the right.

 

The individual in the images in and around the U.S. Capitol appears to be the same individual in the DMV photograph. Specifically, in the DMV photograph, CHAMBERS appears to be wearing a red and black hooded sweatshirt. The sweatshirt matches the same physical description as the sweatshirt CHAMBERS wore on January 6, 2021.

I have reviewed a publicly available Facebook profile associated with the name "Ray Chambers II," which, based on the username and profile picture, I believe is used by CHAMBERS. The Facebook account contained a photo, depicted below, of an individual believed to be CHAMBERS wearing a tan vest. That vest strongly resembles the vest worn by CHAMBERS on January 6, 2021 in the photos depicted above; both have the same logo on the left chest-area.



On March 16, 2023, I went with another Special Agent to interview CHAMBERS at his Ashburn, Virginia address. CHAMBERS answered the door and identified himself. When we attempted to interview him, he asked if we could do the interview another time. He provided us with a number ending in 2494 as means of contacting him. CHAMBERS later contacted us from an unidentified number and scheduled the interview. He subsequently called to cancel the interview and stopped returning our calls.

Based on my review of CHAMBERS's driver's license photograph and my in-person interaction with him, I have identified CHAMBERS as the individual from the photo from Sobotka's phone wearing a red and black sweatshirt, a tan vest, a black backpack, and black gloves with yellow writing at the U.S. Capitol on January 6, 2021.

A review of photos and videos from Sobotka's phone and U.S. Capitol surveillance from January 6, 2021 ("CCV") showed CHAMBERS on the west and east side of the U.S. Capitol grounds, as well as inside the Capitol building.

According to Sobotka's phone records, at 11:03 a.m., he took a photo on west side of the U.S. Capitol grounds with CHAMBERS in the background:



At 2:12 p.m., Sobotka took a video of CHAMBERS walking around the U.S. Capitol to the eastern side of the building. A still photo of the video is depicted here:



At 2:33 p.m., Sobotka took a photo of CHAMBERS taking a photo outside of the Rotunda Doors:



At approximately 3:01 p.m., CHAMBERS entered the Capitol building through the Rotunda Doors:



At 3:02 p.m., CHAMBERS briefly stood outside of the entrance to the Rotunda entrance before entering the Rotunda:





At 3:03 p.m., CHAMBERS can be seen inside the Rotunda and appears to be taking photographs on his phone:



At approximately 3:04 p.m. CHAMBERS left the Rotunda and immediately exited the building through the Rotunda Doors:





## *Conclusion*

Based on the foregoing, your affiant submits that there is probable cause to believe that CHAMBERS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the

orderly conduct of Government business or official functions; or attempt or conspire to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that CHAMBERS violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of August, 2023.

_____
HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE