# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Raymond Chambers II<br><br>*Defendant* | Case: 1:23-mj-00225<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 8/23/2023<br>Description: Complaint W/ Arrest Warran |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Raymond Chambers II,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating or Picketing in the Capitol Buildings.

Date: 08/23/2023

Digitally signed by G. Michael Harvey
Date: 2023.08.23 10:34:53 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/23/23, and the person was arrested on *(date)* 08/24/23
at *(city and state)* WASHINGTON, DC

Date: 8/24/23

*Arresting officer's signature*

SPECIAL AGENT RYAN HUNT
*Printed name and title*