UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 23-mj-225 (GMH) |
| | ) | |
| Raymond Chambers, *defendant.* | ) | |

NOTICE OF APPEARANCE
(Defendant)

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, II, appointed by this Court under the Criminal Justice Act as attorney of record for the defendant this 25th day of August, 2023.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been served via ECF upon Madison Mumma, Esq., U.S. Attorney-USDOJ-USAO this 25th day of August, 2023.

/s/
_____
*Nathan I. Silver, II*